David H. Greenberg, for appellant; Meyer Abrams, of counsel; Isadore L. Kovitz, for appellees. Opinion by Presiding Justice Friend. Not to be published in full. Opinion filed November 29, 1949; released for publication December 14, 1949.

## Hyman Bogolub, Appellee, v. Julius Lencioni et al., Appellants.

### Gen. No. 44,876.

Edward A. Sinden and Peden, Ryan & Andreas, for appellants; Edward A. Sinden and Gerald Ryan, of counsel; Morris Aronson and Bernard J. Hecker, for appellee; Morris Aronson, of counsel. Opinion by Presiding Justice Friend. Not to be published in full. Opinion filed November 29, 1949; released for publication December 14, 1949.